## McGurn *v.* Grubnau, Appellant (No. 2).

OPINION BY HEAD, J., December 7, 1908:

The questions raised by this appeal are precisely those disposed of in an opinion this day filed in the case of McGurn as the next friend, etc., v. Grubnau, ante, p. 454.

For the reasons there stated, the assignments of error are overruled and the judgment is affirmed.